**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lafonda Monta GREEN, Defendant–Appellant.**

**No. 05–14494**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 29, 2007.

Patrick O. Sims, Hood, Sims & Neff, LLC, Tuscaloosa, AL, for Defendant–Appellant.

Laura Drinkard Hodge, U.S. Attorney/Northern District of Alabama, Birmingham, AL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HILL, Circuit Judges.

1. Sims has titled his motion as: (1) "motion for leave to file motion to withdraw;" and (2) "motion to renew appellant's *Anders* brief out of time." We construe Sims's motions as one

**PER CURIAM:**

Patrick O. Sims, appointed appellate counsel for Lafonda Monta Green, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).[1] Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Green's motion for appointment of new counsel is **DENIED** as moot, and his convictions and sentences are **AFFIRMED**.

motion to withdraw, and, therefore, collectively refer to counsel's "motion to withdraw."